1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com
5
Attorneys for Plaintiff DEBI JEAN LAMB

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DEBI JEAN LAMB, | ) Case No.:  2:16-CV-01227 CMK |
|      Plaintiff, | ) STIPULATION TO EXTEND |
|      vs. | ) BRIEFING SCHEDULE |
| CAROLYN COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
|      Defendant | ) |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Debi Jean Lamb ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to December 21, 2016; and that Defendant shall have until January 20, 2017, to file her opposition.  Any reply by plaintiff will be due February 9, 2017.

An extension of time is needed in order to properly address the issues within the administrative record in this matter.  Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: November 1, 2016    Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*

BY: _____
Steven G. Rosales
Attorney for plaintiff DEBI JEAN LAMB

DATED:  November 1, 2016    BENJAMIN WAGNER
United States Attorney

*/S/- Jennifer Lee Tarn

_____
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1     IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including December 21, 2016, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to January 20,
4 2017 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be
5 due February 9, 2017.
6     IT IS SO ORDERED.

8 Dated:  November 22, 2016

                                                  CRAIG M. KELLISON
                                                  UNITED STATES MAGISTRATE JUDGE