Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff DEBI JEAN LAMB

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| DEBI JEAN LAMB, <br><br>          Plaintiff, <br><br>     vs. <br><br> CAROLYN COLVIN, Acting Commissioner of Social Security, <br><br>          Defendant | Case No.:  2:16-CV-01227 CMK <br><br> STIPULATION TO EXTEND BRIEFING SCHEDULE AND ORDER |

TO THE HONORABLE CRAIG M. KELLISON, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Debi Jean Lamb ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to January 31, 2017; and that Defendant shall have until March 21, 2017, to file her opposition.  Any reply by plaintiff will be due March 22, 2017.

-1-

1   Counsel continues to require time to deal with his spouses' death and to
2   assist his two elementary school age children return to a normal routine and deal
3   with their loss.  Counsel sincerely apologizes to the court for any inconvenience
4   this may have had upon it or its staff.

DATE: December 21, 2016      Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff DEBI JEAN LAMB

DATED:  December 21, 2016    BENJAMIN WAGNER
United States Attorney

*/S/- Jennifer Lee Tarn

_____
Jennifer Lee Tarn
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2  and including January 31, 2017, in which to file Plaintiff's Motion for Summary
3  Judgment or Remand; Defendant may have an extension of time to March 21, 2017
4  to file her opposition, if any is forthcoming.  Any reply by plaintiff will be due
5  March 22, 2017.
6  IT IS SO ORDERED.
7
8  Dated:  January 10, 2017
9  _____
   CRAIG M. KELLISON
10 UNITED STATES MAGISTRATE JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26