BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8825
      Facsimile: (415) 744-0134
      E-Mail: Jennifer.Tarn@ssa.gov

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBI JEAN LAMB, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL,[1] <br> Acting Commissioner of Social Security, <br><br> Defendant. | CIVIL NO. 2:16-cv-01227-CMK <br><br> **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |

## ANSWER

IT IS HEREBY STIPULATED, by and between Debi Jean Lamb (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to deliver her Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Stip. & Prop. Order for Ext.; 16-cv-1227-CMK

date is March 2, 20117.  The new due date will be April 3, 2017.  The parties further stipulate that all other dates will be extended accordingly, and Plaintiff's reply will be due to Defendant by April 24, 2017. This is the first extension of time requested by Defendant in this matter.  Defendant requests this extension because the attorney responsible for briefing this case has suffered an unexpected health issue. This request is made in good faith with no intention to unduly delay the proceedings.

Respectfully submitted,

Dated: February 23, 2017   By: */s/\* Steven G. Rosales*
Steven G. Rosales
12631 East Imperial Highway, C-115
Santa Fe Springs, CA 90670
*by email authorization on 2/23/17

Dated: February 23, 2017   BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE SATCHEL
Regional Chief Counsel, Region IX

By: */s/ Jennifer Lee Tarn*
JENNIFER LEE TARN
Special Assistant United States Attorney

Attorneys for Defendant

OF COUNSEL:
GINA TOMASELLI
Special Assistant United States Attorney
United States Social Security Administration

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE APRIL 3, 2017.  ANY REPLY THERETO SHALL BE FILED ON OR BEFORE APRIL 21, 2017.

Date:  March 1, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE