BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CA SBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
      160 Spear Street, Suite 800
      San Francisco, California 94105
      Telephone: (415) 977-8938
      Facsimile: (415) 744-0134
      E-Mail: Theophous.Reagans@ssa.gov

UNITED STATES DISTRICT COURT

EASTER DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DEBI JEAN LAMB, | CIVIL NO. 2:16-cv-01227-CMK |
|     Plaintiff, | |
|     vs. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF** |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | |
|     Defendant. | |

**ANSWER**

IT IS HEREBY STIPULATED, by and between Debi Jean Lamb (Plaintiff) and Nancy A. Berryhill, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to deliver her Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment. The current due

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Stip. & Prop. Order for Ext.; 16-cv-1227-CMK

| | |
|---|---|
| 1 | |
| 2 | date is April 3, 20117. The new due date will be May 2, 2017. The parties further stipulate that all other |
| 3 | dates will be extended accordingly, and Plaintiff's reply will be due to Defendant by May 23, 2017. This |
| 4 | is the second extension of time requested by Defendant in this matter. Defendant requested an extension |
| 5 | previously because the responsible attorney was on leave due to illness. The case was reassigned to |

date is April 3, 20117.  The new due date will be May 2, 2017.  The parties further stipulate that all other dates will be extended accordingly, and Plaintiff's reply will be due to Defendant by May 23, 2017.  This is the second extension of time requested by Defendant in this matter.  Defendant requested an extension previously because the responsible attorney was on leave due to illness.  The case was reassigned to another attorney, Brenda Pullin, who has also been on leave due to illness.  Defendant requests this extension because the attorney responsible for briefing this case has been out of the office intermittently for the last several weeks due to illness.  This request is made in good faith by the supervisor of the responsible attorney of record with no intention to unduly delay the proceedings.

Respectfully submitted,

Dated: March 28, 2017          By: */s/\* Steven G. Rosales*
                                Steven G. Rosales
                                12631 East Imperial Highway, C-115
                                Santa Fe Springs, CA 90670
                                \*by email authorization on 3/28/17


Dated: March 28, 2017          BENJAMIN B. WAGNER
                                United States Attorney
                                DEBORAH LEE SATCHEL
                                Regional Chief Counsel, Region IX

                                By: */s/ Theophous H. Reagans*
                                THEOPHOUS H. REAGANS
                                Special Assistant United States Attorney

                                Attorneys for Defendant

2

Stip. & Prop. Order for Ext.; 16-cv-1227-CMK

## ORDER

GOOD CAUSE APPEARING, PURSUANT TO STIPULATION, IT IS SO ORDERED. DEFENDANT SHALL FILE HER RESPONSE TO PLAINTIFF'S OPENING BRIEF ON OR BEFORE MAY 2, 2017. ANY REPLY THERETO SHALL BE FILED ON OR BEFORE MAY 23, 2017.

Dated: April 12, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

Stip. & Prop. Order for Ext.; 16-cv-1227-CMK